1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  PETER TILTON,
10         Plaintiff,
11     v.
12  THE MCGRAW-HILL COMPANIES, INC., *et al.*,
13
14         Defendants.
15

Case No.  C06-0098RSL

ORDER GRANTING MOTION TO
FILE EXHIBIT UNDER SEAL

16
17
18    This matter came before the Court on Defendants' Motion to File Exhibit Under Seal.
19  The Court finds that Defendants have made a compelling showing that the public's right of
20  access is outweighed by the interests of the public and the parties in protecting Exhibit A to the
21  Declaration of Gavin W. Skok in Support of Defendants' Response to Plaintiff's Motion for a
22  Protective Order from public review, for the reasons set forth in Defendants' Motion to File
23  Exhibit Under Seal.
24    Pursuant to Local Rule 5(g), it is therefore ordered that Defendants' Motion to File
25  Exhibit Under Seal (Dkt. #19) is GRANTED.  Counsel properly filed under seal Exhibit A to the
26
27
28  ORDER GRANTING MOTION TO
    FILE EXHIBIT UNDER SEAL - 1

1 | Declaration of Gavin W. Skok in Support of Defendants' Response to Plaintiff's Motion for a
2 | Protective Order and it shall remain under seal.

4 |     DATED this 17th day of August, 2006.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING MOTION TO
FILE EXHIBIT UNDER SEAL - 2