UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER TILTON,

        Plaintiff,

   v.

THE MCGRAW-HILL COMPANIES, INC., *et al.*,

        Defendants.

Case No. C06-0098RSL

ORDER TO SHOW CAUSE

      This matter comes before the Court *sua sponte*. On November 27, 2006, plaintiff filed his opposition to the motion to dismiss that, taken as a whole, exceeds 50 pages in length. (Dkt. #54). As of this date, a courtesy copy of these documents has not been provided for chambers.

      Plaintiff is hereby ORDERED to show cause why he should not be sanctioned for failure to comply with this Court's Minute Order Setting Trial & Related Dates and the Court's May 26, 2006 Notice, both of which required courtesy copies of lengthy filings for chambers. Plaintiff shall immediately deliver a paper copy of his opposition and all supporting documents, with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers," to the Clerk's Office.

ORDER TO SHOW CAUSE - 1

1  Plaintiff shall respond to this order to show cause no later than five days from the date of this
2  Order.

4     DATED this 1st day of December, 2006.

*signature*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2