UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER TILTON,

    Plaintiff,

  v.

THE MCGRAW-HILL COMPANIES, INC., *et al.*,

    Defendants.

Case No. C06-0098RSL

ORDER VACATING ORDER TO SHOW CAUSE

    This matter comes before the Court *sua sponte*. On November 27, 2006, plaintiff filed his opposition to the motion to dismiss that, taken as a whole, exceeded 50 pages in length. On December 1, 2006, the Court issued an order to show cause why he should not be sanctioned for failing to provide a chambers' copy as required by the Court's prior instructions. After issuing the order, the Court learned that plaintiff had delivered a courtesy copy to the Court, but the copy was not timely forwarded to chambers by the clerks' office. The order to show cause (Dkt. #58)

ORDER VACATING
ORDER TO SHOW CAUSE - 1

1  is now vacated in light of the timely receipt of the courtesy copy.

3  DATED this 4th day of December, 2006.

                                               /s/ Robert S. Lasnik
                                               Robert S. Lasnik
                                               United States District Judge

ORDER VACATING
ORDER TO SHOW CAUSE - 2