UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER TILTON,

    Plaintiff,

  v.

THE MCGRAW-HILL COMPANIES, INC., *et al.*,

    Defendants.

Case No. C06-0098RSL

ORDER GRANTING MOTIONS TO FILE DOCUMENTS UNDER SEAL

    This matter comes before the Court on three motions to seal: (1) defendants' motion to file their motion to dismiss and supporting declarations and exhibits under seal (Dkt. #35), (2) plaintiff's motion to file his opposition and supporting documents under seal (Dkt. #53), and (3) defendants' motion to file their reply memorandum and supporting documents under seal (Dkt. #59).  Filing entire motions and all related documents under seal is disfavored.  However, in this case, the documents filed under seal include descriptions of plaintiff's psychological and mental state, medical and financial information, and other highly sensitive personal information.  The Court finds that the parties have made a compelling showing that the public's right of access is outweighed by the interests of the public and the parties in protecting the filings from public review.

ORDER GRANTING MOTIONS TO
FILE DOCUMENTS UNDER SEAL - 1

1
2
3
4

Pursuant to Local Rule 5(g), it is therefore ordered that the motions to seal are GRANTED. Counsel properly filed docket entries 36, 37, 38, 54, 55, 56, 57, 61, 62, 63, 64, 71, 72, 73, and 78 under seal, and they shall remain sealed.

5

DATED this 3rd day of January, 2007.

6
7
8

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER GRANTING MOTIONS TO
FILE DOCUMENTS UNDER SEAL - 2