UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER TILTON,

    Plaintiff,

    v.

THE MCGRAW-HILL COMPANIES, INC., *et al.*,

    Defendants.

Case No. C06-0098RSL

ORDER REQUIRING PRODUCTION OF PLAINTIFF'S DAMAGES SPREADSHEET

    Defendants, in their motion to dismiss (Dkt. #36), argued that plaintiff had refused to produce a copy of a spreadsheet he created detailing the damages he seeks in this action. During the oral argument on the motion, the Court ordered plaintiff to provide a copy of the spreadsheet to the Court for an *in camera* review.

    The Court has now reviewed the spreadsheet, and based on that review, ORDERS plaintiff to produce a copy of the spreadsheet to defendants within ten days of the date of this order. The spreadsheet does not contain or reference attorney-client communications. Although plaintiff created the document at the direction of his counsel, the document does not contain strategy or the mental impressions of counsel. Defendants have shown substantial need to obtain the document. They are entitled to learn the nature of and basis for the damages plaintiff

ORDER REQUIRING PRODUCTION OF
PLAINTIFF'S DAMAGES SPREADSHEET - 1

seeks. Defendants are unable to obtain its equivalent by other means. Plaintiff provided only summary information on the topic during his deposition and in response to written discovery requests.

DATED this 7th day of March, 2007.

／s／ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

ORDER REQUIRING PRODUCTION OF
PLAINTIFF'S DAMAGES SPREADSHEET - 2