UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER TILTON,

    Plaintiff,

  v.

THE MCGRAW-HILL COMPANIES, INC., *et al.*,

    Defendants.

Case No. C06-0098RSL

ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS *IN LIMINE*

This matter comes before the Court on plaintiff's motion for an extension of time until Monday, November 19, 2007 to respond to defendants fourteen pending motions *in limine*. (Dkt. #169). The motions are currently noted for consideration on November 15, 2007.

Expeditious resolution of the motions *in limine* is important because the December 3, 2007 trial date is approaching quickly. However, plaintiff's counsel is a solo practitioner. The motions are numerous and they present significant issues. Defendants argue that they will be prejudiced if the extension is granted because they will not receive rulings until shortly before trial, potentially requiring them to rework their trial preparation and strategy at the last minute. Defendants, however, could have filed their motions earlier to avoid this problem. Defendants also argue that the motions are substantially the same as the motions *in limine* they filed in February, so plaintiff has had ample time to prepare responses. The previously filed motions,

ORDER GRANTING MOTION
FOR AN EXTENSION - 1

1  however, were taken off the calendar by agreement of the parties, so plaintiff, understandably,
2  did not work on them in the interim.
3       For all of the foregoing reasons, plaintiff's motion for an extension of time (Dkt. #169) is
4  GRANTED.  Plaintiff shall file his responses to the motions *in limine* by 4:30 p.m. on Monday,
5  November 19, 2007.  Defendants shall file their replies, if any, by November 27, 2007.  The
6  Clerk of the Court is directed to renote defendants' motions *in limine* (Dkt. ## 153-168) for
7  November 27, 2007.

9       DATED this 9th day of November, 2007.

                                  */s/ Robert S. Lasnik*
                                  Robert S. Lasnik
                                  United States District Judge

ORDER GRANTING MOTION
FOR AN EXTENSION - 2