UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER TILTON,

    Plaintiff,

  v.

THE MCGRAW-HILL COMPANIES, INC., *et al.*,

    Defendants.

Case No. C06-0098RSL

ORDER REGARDING DISPOSITIVE MOTIONS

This matter comes before the Court on defendants' motion for judgment as a matter of law, filed on December 7, 2007 at the conclusion of plaintiff's case in chief. (Dkt. #258). For the reasons set forth during the trial, the Court GRANTS IN PART AND DENIES IN PART the motion. Plaintiff's claim for intentional infliction of emotional distress is dismissed. Even if the conduct about which plaintiff complains occurred, it is not outrageous. Plaintiff may proceed with his claims for promissory estoppel and invasion of privacy.

Defendants also filed a motion for summary judgment on December 3, 2007 (Dkt. #250)

ORDER - 1

which is DENIED as untimely.

DATED this 11th day of December, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2