UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER TILTON,

    Plaintiff,

  v.

THE MCGRAW-HILL COMPANIES, INC., *et al.*,

    Defendants.

Case No. C06-0098RSL

ORDER REGARDING PROMISSORY ESTOPPEL CLAIM

In answering the Special Verdict Form in this case, the jury has found that Michelle Conlin did not make a clear promise to keep Peter Tilton's identity confidential in any article she wrote for BusinessWeek using information that he or Brian DesRoches told her during their interviews. The Court considers that finding to be an advisory opinion on plaintiff's claim for promissory estoppel, which is an equitable matter for the Court to decide. The Court agrees with the jury's finding. Based on the jury's advisory finding and for the reasons the Court explained on the record, the Court finds for defendants on plaintiff's claim for promissory

ORDER REGARDING
PROMISSORY ESTOPPEL CLAIM- 1

1   estoppel.

3       DATED this 11th day of December, 2007.

                                *signature*
                                Robert S. Lasnik
                                United States District Judge

28  ORDER REGARDING
    PROMISSORY ESTOPPEL CLAIM- 2