UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PETER TILTON,

    Plaintiff,

v.

THE MCGRAW-HILL COMPANIES, INC., d/b/a "BUSINESS WEEK" and MICHELLE CONLIN,

    Defendants.

Case No. C06-98RSL

AMENDED TAXATION OF COSTS

Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the cause indicated above are hereby taxed against PLAINTIFF PETER TILTON , and on behalf of DEFENDANTS in the amount of $22,510.03 as follows:

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| I.  DEPOSITION COSTS | $19,480.92 | $1,693.43 | $17,787.49 |

Clerk allowed as taxable costs those expenses incurred for depositions actually used by counsel in lieu of live testimony, to impeach or prepare for a witness that actually testified at trial. Costs to expedite delivery were not allowed. Deposition costs requested for Baldesty and Thomashefsky were not allowed.

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| II.  TRANSCRIPT | $1,096.80 | $1,096.80 | 0 |

Cost of trail transcript is not taxable.

TAXATION OF COSTS -- 1

|  | Requested | Disallowed | Allowed |
|---|---|---|---|
| III. COPY COSTS | $22,958.14 | $18,235.60 | $4,722.54 |

Clerk allowed copy costs for production of materials presented at trial. These included notebooks, exhibits and $2,000 in copying charges. Additional costs requested were considered general copying expenses in support of litigation and are not taxable.

Dated this ___24th___ day of JANUARY, 2008 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2